**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ANDREW DANIELS,** | ) | |
| | ) | **Case No. 1:09-CV-02120** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Judge Ann Aldrich** |
| | ) | |
| **LORAIN COUNTY SHERIFF, et al.,** | ) | **Magistrate Judge Baughman** |
| | ) | |
| Defendants. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| | ) | |

On September 14, 2009, Andrew Daniels, *pro se*, filed a complaint against the Lorain County Sheriff, among others, for alleged constitutional violations arising out of a motor vehicle accident [dkt. 1]. The case was referred to Magistrate Judge Baughman for pretrial supervision, including a Report and Recommendation (R&R) for disposition of case-dispositive motions [dkt. 17]. On January 15, 2010 an R&R was filed, recommending that the court grant the Lorain County defendants summary judgment and decline supplemental jurisdiction over any possible state law claims [dkt. 28].

Daniels has filed his objections to the R&R [dkt. 30] and the defendants have filed their response [dkt. 31]. Daniels's objections are merely conclusory restatements of arguments that he made before the magistrate judge. Nonetheless, this court has reviewed the objections *de novo*, and finds them to be without merit. Accordingly, this court adopts the R&R in its entirety and grants summary judgment for the Lorain County defendants with respect to claims asserted under 42 U.S.C. § 1983 and 15 U.S.C. § 1681. The court also dismisses, without prejudice, any claims that may be construed as state law claims.

This order is final and appealable.

IT IS SO ORDERED.

*/s/ Ann Aldrich*
ANN ALDRICH
UNITED STATES DISTRICT JUDGE
**Dated: January 27, 2010**