IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW DANIELS | ) | Case No. 1:09cv2120 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE ANN ALDRICH |
| | ) | |
| LORAIN COUNTY SHERIFF, et al | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

The Court has filed its Memorandum and Order granting summary judgment in favor of defendants. Therefore,

IT IS ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure 58.

This Order is final and appealable.

s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

Dated: January 27, 2010